JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KWASI DONKOR,<br>        Plaintiff,<br>    vs.<br>THE PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br>        Defendants. | Case No. CV 14-09229-GW (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: May 19, 2016

                                            GEORGE H. WU
                                            UNITED STATES DISTRICT JUDGE